**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,** | § § § | |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| **LG ELECTRONICS, INC., and LG ELECTRONICS U.S.A., INC.,** | § § § | **CIVIL ACTION NO. 2:20-CV-00107-JRG** |
| Defendants. | § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO AMENDED COMPLAINT**

Plaintiff Sovereign Peak Ventures LLC ("Plaintiff" or "SPV") moves the Court to extend the time within which LG Electronics Inc. ("LGEKR") and LG Electronics U.S.A., Inc. ("LGEUS") (collectively, "LG Defendants") are required to move, answer or otherwise respond to Plaintiff's Amended Complaint. In so doing, the LG Defendants would not waive any defenses described or referred to in Rule 12 F.R.C.P. In support of this Motion, Plaintiff states as follows:

1. On April 14, 2020, Plaintiff filed its Complaint alleging patent infringement against the LG Defendants.

2. On May 7, 2020, Plaintiff filed its Amended Complaint alleging patent infringement against the LG Defendants.

3. Defendant LG Electronics Inc., a Korean company, has agreed to waive service under the Hague Convention in exchange for an extension of time for the LG Defendants to answer or otherwise plead by August 5, 2020.

4. The agreement between the Plaintiff and the LG Defendants regarding waiver of formal service should not be construed as a waiver of any other rights or defenses, including, for instance, the LG Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Plaintiff Sovereign Peak Ventures LLC respectfully request that the time in which the LG Defendants are required to move, answer or otherwise respond to Plaintiff's Amended Complaint be extended to and include August 5, 2020.

Dated: May 7, 2020

Respectfully submitted,

/s/ *Patrick J. Conroy*
Patrick J. Conroy
Texas Bar No. 24012448
T. William Kennedy Jr.
Texas Bar No. 24055771
Jonathan H. Rastegar
Texas Bar No. 24064043
Jerry D. Tice, II
Texas Bar No. 24093263

**Bragalone Conroy PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
pconroy@bcpc-law.com
bkennedy@bcpc-law.com
jrastegar@bcpc-law.com
jtice@bcpc-law.com

**Attorneys for Plaintiff**
**Sovereign Peak Ventures, LLC**