# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § § | |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § § | CIVIL ACTION NO. 2:20-CV-00107-JRG |
| LG ELECTRONICS, INC., and | § | (CONSOLIDATED LEAD) |
| LG ELECTRONICS U.S.A., INC., | § § | CIVIL ACTION NO. 2:20-CV-00108-JRG<br>CIVIL ACTION NO. 2:20-CV-00109-JRG |
| Defendants. | § § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Sovereign Peak Ventures, LLC ("SPV") and Defendants LG Electronics Inc., and LG Electronics U.S.A., Inc. (collectively, the "Parties") have reached a settlement of all matters in controversy in the above-captioned consolidated cases. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of all of their claims against one another in the above-captioned consolidated cases WITH PREJUDICE, subject to the terms of the settlement agreement entered between the Parties.

The Parties ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses and attorneys' fees.

1

Dated: November 24, 2020                                      Respectfully submitted,

| | |
|---|---|
| /s/ *Patrick J. Conroy*<br>Patrick J. Conroy<br>Texas Bar No. 24012448<br>T. William Kennedy Jr.<br>Texas Bar No. 24055771<br>Daniel F. Olejko<br>Texas Bar No. 24108897<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Jerry D. Tice II<br>Texas Bar No. 24093263<br>Hunter S. Palmer<br>Texas Bar No. 24080748<br><br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>pconroy@bcpc-law.com<br>bkennedy@bcpc-law.com<br>dolejko@bcpc-law.com<br>jrastegar@bcpc-law.com<br>jtice@bcpc-law.com<br>hpalmer@bcpc-law.com<br><br><br>*Attorneys for Sovereign Peak Ventures, LLC* | */s/ Allan A. Kassenoff with permission*<br>Melissa R. Smith<br>Andrew T. Gorham<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br>Email: tom@gillamsmithlaw.com<br><br>Richard A. Edlin<br>Allan A. Kassenoff<br>Elana B. Araj<br>GREENBERG TRAURIG, LLP<br>MetLife Building, 200 Park Avenue<br>New York, NY 10002<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>Email: edlinr@gtlaw.com<br>Email: kassenoffa@gtlaw.com<br>Email: araje@gtlaw.com<br><br>Vivian S. Kuo<br>GREENBERG TRAURIG, LLP<br>2101 L Street NW, Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 331-3158<br>Email: kuov@gtlaw.com<br><br>Andrew R. Sommer<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1000<br>McLean, VA 22102<br>Telephone: (703) 749-1370<br>Email: sommera@gtlaw.com<br><br>*Attorneys for Defendants LG Electronics Inc. and LG Electronics USA, Inc.* |

3

## **CERTIFICATE OF SERVICE**

I certify that on November 24, 2020, the foregoing document was served on counsel of record via email.

*/s/ Patrick J. Conroy*
Patrick J. Conroy